UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| PAULA WILLIAMS | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. |
| | ) | 5:18-cv-530-JMH-MAS |
| v. | ) | |
| | ) | **JUDGMENT** |
| MIDLAND FUNDING, LLC and | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

(1) Defendants Midland Funding, LLC and Midland Credit Management, Inc.'s motion for summary judgment [DE 17] is hereby **GRANTED**;

(2) Judgment is **ENTERED** in favor of the Defendant;

(3) All deadlines set and hearings scheduled in this matter are **CONTINUED GENERALLY**;

(4) All other pending motions are **DENIED**;

(5) This action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket; and

1

(6) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 4th day of September, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge